IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM WINTERS, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:04-CR-41 (CDL) |
| UNITED STATES OF AMERICA | * |
| Respondent | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 11, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 8th day of November, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE